**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01758-CMA-KLM

ANDREW R. LEVENE,

    Plaintiff,

v.

KEVIN P. DAVIDSEN,
MICHELLE C. DAVIDSEN, and
JOEL P. DAVIDSEN,

    Defendants.

---

**ORDER GRANTING STIPULATION**

---

This matter comes before the Court on the Stipulation by All Parties for Entry of Money Judgment in Favor of Joel P. Davidsen Against Andrew Levene and for Dismissal with Prejudice of All Other Claims Herein (Doc. # 23).  The Court, being duly advised, hereby

ORDERS that a money judgment is entered in favor of Joel Davidsen against Andrew Levene in the amount of $500,000 with interest to accrue thereon from the date of entry at the rate of 8 percent per annum.

IT IS FURTHER ORDERED that all claims and counterclaims in this lawsuit are dismissed with prejudice, with each party to bear his/her costs and attorneys fees.

DATED: April   06   , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge